UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**CLOSED CIVIL CASE**

Case No. 08-14299-CIV-GRAHAM/WHITE

RUDOLPH WILBUR,

    Plaintiff,

vs.

OFFICER SEAN CASEY, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. §1983 [D.E. 7].

**THIS MATTER** was initiated when pro se Plaintiff Rudolph Wilbur filed a Complaint alleging that his civil rights were violated when officers in Highlands County falsely arrested him [D.E. 5]. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 6].

As Plaintiff sought to proceed in forma pauperis, Magistrate Judge White conducted an initial screening of the matter and issued a Report recommending that the Complaint be dismissed as the incident giving rise to the action was barred by the statue of limitations [D.E. 7]. The Plaintiff has failed to file Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and

is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 7] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Complaint [D.E. 5] is **DISMISSED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
   Rudolph Wilbur, <u>Pro Se</u>
   All Counsel of Record